IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROGER DALE GODWIN,

                Plaintiff,                              ORDER

v.

                                                      14-cv-368-wmc

RN KATHY, RN BONNIE,
RN HELEN and DR. A. FATOKI,

                Defendants.

---

    Plaintiff Roger Dale Godwin is an inmate in custody at the Sauk County Jail. He was granted leave to proceed *in forma pauperis* with his claim that he has been denied adequate medical care for a seizure disorder in violation of the Eighth Amendment. Noting that he has been charged in this district with sending threatening communications to District Judge Barbara Crabb and Magistrate Judge Stephen Crocker, and that a judge outside this district has been assigned to hear that case, Godwin now moves to recuse Judge Crocker from presiding over any portion of this unrelated civil case.

    The only proceeding set to occur before Judge Crocker at this time is the preliminary pretrial scheduling conference, which is set for July 11, 2014. Godwin's pending complaint does not concern the underlying criminal charges against him. Godwin does not otherwise articulate any valid basis to recuse or disqualify Judge Crocker from presiding over the scheduling conference. Moreover, Judge Crocker's file in this civil matter will be purely procedural, rather than substantive. Finally, the court is confident, as should be plaintiff, in Judge Crocker's ability to deal fairly and impartially

with respect to the straightforward procedural issues presented. Accordingly, the court can see neither an actual nor the reasonable appearance of prejudice here, and Godwin's motion to recuse Judge Crocker will be denied. Of course, this order is without prejudice to Judge Crocker choosing to recuse himself in the unlikely event he feels any uncertainly.

ORDER

IT IS ORDERED that Roger Dale Godwin's motion to recuse Magistrate Judge Stephen Crocker (dkt. # 11) is DENIED.

Entered this 3rd day of July 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge