IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROGER DALE GODWIN,

              Plaintiff,              ORDER

v.

                                          14-cv-368-wmc

RN KATHY, RN BONNIE,
RN HELEN and DR. A. FATOKI,

             Defendants.

---

Plaintiff Roger Dale Godwin filed this action under 42 U.S.C. § 1983, concerning the conditions of his confinement at the Sauk County Jail. The court granted Godwin leave to proceed *in forma pauperis* with his claim that he has been denied adequate medical care for an unspecified seizure disorder. Subsequently, Godwin filed a motion to recuse Magistrate Judge Stephen Crocker from presiding over any portion of this case. This court denied that motion on July 3, 2014. On July 11, 2014, Godwin refused to attend a telephonic preliminary pretrial scheduling conference before Judge Crocker. (Dkt. # 14).

Godwin's refusal to participate in the scheduling conference forces the court to conclude that he does not intend to proceed with his claims in good faith. Accordingly, Godwin will be directed to show cause in writing why this case should not be dismissed for want of prosecution.

ORDER

IT IS ORDERED that:

1. Plaintiff Roger Dale Godwin is directed to show cause, if any, by responding in

writing within twenty (20) days of the date of this order why this case should not be dismissed for want of prosecution.

2. No further action will be taken in this case until Godwin files a response. Godwin is advised that, if he does not respond to this order as directed, then this case will be dismissed for want of prosecution without further notice under Fed. R. Civ. P. 41(b).

Entered this 15th day of July, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge